SECURITY WAREHOUSING COMPANY, Appellant, *v.* THE AMERICAN EXCHANGE NATIONAL BANK, Respondent.

*Security Warehousing Co.* v. *American Exchange Nat. Bank*, 132 App. Div. 925, affirmed.
(Argued October 10, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1909, affirming a judgment in favor of defendant entered upon the report of a referee in an action for conversion.

*Samuel H. Ordway* for appellant.

*Benjamin N. Cardozo* and *Edgar J. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

EMPIRE LIMESTONE COMPANY, Appellant, *v.* CITY OF BUFFALO, Respondent.

*Empire Limestone Co.* v. *City of Buffalo*, 128 App. Div. 914, affirmed.
(Argued October 11, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 16, 1908, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for damages to a vessel chartered by defendant, alleged to have been occasioned by said defendant's negligence.

*George L. Hager* and *Charles A. Pooley* for appellant.

*George E. Pierce* and *Clark H. Hammond* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.